

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:   01-11-00491-CV

Style:   Robert W. Lambertz

v. Anthony Montz a.k.a.Larry Montz a.k.a Larry Anthony Montz

Date motion filed[*]:   April 8, 2013

Type of motion:

Party filing motion:   Appellant

Document to be filed:   N/A

If motion to extend time:

　　Deadline to file document:   N/A

　　Number of previous extensions granted:   N/A

　　Length of extension sought:   N/A

Ordered that motion is:

　　☐　　Granted
　　If document is to be filed, document due:  N/A

　　　　☐　The Clerk is instructed to file the document as of the date of this order
　　　　☐　Absent extraordinary circumstances, the Court will not grant additional motions to extend time

　　☐　Denied

　　☑　Dismissed (want of jurisdiction)

**Please note: Appellate records are retained in accordance with Texas Government Code § 51.204.**

Judge's signature:  /s/ Laura Carter Higley
　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date:

November 7, 2008 Revision